# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VOLVO TRADEMARK HOLDING AB and VOLVO CARS OF NORTH AMERICA, LLC )<br><br>*Plaintiffs*,<br><br>vs.<br><br>WOLFE AUTOMOTIVE INC., and BRAD W. WOLFE,<br><br>*Defendants*. | Civil No. _____ |

### ORDER

AND NOW, this ____ day of February, 2015, it is hereby ORDERED that the application of Anessa Owen Kramer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____   GRANTED.

_____   DENIED.

_____
Judge, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2: 14-cv-07180

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Anessa Owen Kramer__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Michigan | 06/03/2002 | P63986 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S. District Court for AZ | 05/18/1999 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for Eastern MI | 09/08/2004 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. District Court for Western MI | 04/17/2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

D. *I state the I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which the attorney has been a member.*

E. *I state that I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and I agree to be bound by both sets of Rules for the duration of this case.*

F. *If this pro hac vice application is granted, I will, in good faith, continue to advise Barry L. Cohen, of the current status of this case and of all material developments herein.*

*I am entering my appearance for* Plaintiffs, Volvo Trademark Holding AB and Volvo Cars of North America, LLC.

February 17, 2015

*[signature]*
Anessa Owen Kramer, Esquire
Honigman Miller Schwartz and Cohn LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151

Sworn and subscribed before me this
17th day of February, 2015.

*[signature]*
Notary Public

TERESA A. MCCAIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Sep 18, 2020
ACTING IN COUNTY OF Oakland

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Anessa Owen Kramer__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.

The Plaintiffs have an ongoing attorney-client relationship with Honigman Miller Schwartz and Cohn LLP ("Honigman"), including involvement in other legal matters. The attorneys at Honigman are familiar with certain employees and documents that may be relevant to the present litigation. As such, in order to best represent Plaintiffs' overall legal needs, Plaintiffs desire that its outside counsel at Honigman be admitted *pro hac vice*, in order to enforce and protect Plaintiffs' legal rights.

Defendants or counsel for Defendants have not enter any appearance.

I certify that this application form was EFC on this date.

| | | |
|---|---|---|
| Barry L. Cohen | *[signature]* | December 1993   068864 |
| Sponsor's Name | Sponsor's Signature | Admission date   Attorney ID No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Royer Cooper Cohen Braunfeld LLC
101 West Elm Street, Suite 220
Conshohocken, PA 19428
(484) 362-2620

Sworn and subscribed before me this
__13__ day of February, 2015.

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET J. FORRISTALL, Notary Public
Conshohocken Borough, Montgomery County
My Commission Expires May 29, 2017

16594908.1